UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

HARWIN MUSIC CORP., HAMPSHIRE
HOUSE PUBLISHING CORP.,
JOELSONGS, NEW WORLD MUSIC
COMPANY (LTD.) AND CRITERION
MUSIC CORP.,

              Plaintiffs,

   -against-

O'HARE GASLIGHT CLUB, INC. AND
RANKO DABIZLIJEVIC,

              Defendants.

07CV4255
JUDGE HART
MAG.JUDGE ASHMAN

)
)
)
)
)
)
)
)
)

**FILED**

JUL 3 0 2007
7-30-07
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

<u>**COMPLAINT**</u>

      Plaintiffs, by their attorneys, complaining of the
Defendants, hereby allege as follows:

      1.   This is a suit for copyright infringement under
Title 17, U.S.C.  Jurisdiction of this Court is based upon
Title 28, U.S.C., Section 1338(a).

      2.   Plaintiffs allege five (5) causes of action for
copyright infringement based on the Defendants' public per-
formances of copyrighted musical compositions.  Schedule A
annexed to the Complaint sets forth in summary form the alle-

gations hereinafter made with respect to the Plaintiffs, their
copyrighted musical compositions, and Defendants' acts of
infringement.

3.  Plaintiffs named in Column 2 (all references to
columns are to columns in SCHEDULE A) are the owners of the
copyrights in the works listed in Column 3, and are properly
joined in this complaint under Rule 20, Fed. R. Civ. P.

4.  Defendant O'Hare Gaslight Club, Inc. is an
Illinois corporation which did at the times hereinafter men-
tioned and still does own, control, manage, operate and main-
tain a place of business for public entertainment,
accommodation, amusement and refreshment known as O'Hare
Gaslight Club, located at 4000 O'Hare Field, O'Hare Hilton, in
Chicago, in the State of Illinois.

5.  On information and belief, Defendant Ranko
Dabizlijevic is a resident of this District and, at all times
hereinafter mentioned was and still is the principal
stockholder, President and Secretary of Defendant O'Hare
Gaslight Club, Inc., with primary responsibility for the con-
trol, management, operation and maintenance of the affairs of
said corporation.  The acts hereinafter complained of were
done with his active assistance, cooperation, acquiescence and

2

procurement, and he derives financial benefit therefrom.

6. Musical compositions were and are publicly performed at said place of business.

7. The original musical compositions listed in Column 3 were created and written by the persons named in Column 4.

8. The compositions named in causes of action 1, 2, 4 and 5 were published on the dates stated in Column 5, and since the dates of publication have been printed and published in strict conformity with Title 17, U.S.C.

9. The compositions named in causes of action 3 and 5 were registered as unpublished compositions on the dates stated in Column 5.

10. The Plaintiffs named in each cause of action, including their predecessors in interest, if any, complied in all respects with Title 17, U.S.C., and secured the exclusive rights and privileges in and to the copyright of each composition listed in Column 3, and received from the Register of Copyrights a Certificate of Registration, identified as set forth in Column 6.

11. All of the compositions are now in the renewal term of copyright, secured by due filing of an application for

3

renewal of copyright in the office of the Register of

Copyrights. The Register of Copyrights thereupon issued a

Certificates of Registration of the respective claims to the

renewal of copyrights in the names of those claimants listed

in Column 7. The dates and identification numbers of such

certificates are set forth in Column 8.

12. Defendants on the dates specified in Column 9,

and upon information and belief, at other times prior and

subsequent thereto, infringed the copyright in each composi-

tion named in Column 3 by giving public performances of the

compositions on Defendants' premises, for the entertainment

and amusement of the patrons attending said premises, and

Defendants threaten to continue such infringing performances.

13. The performances of the Plaintiffs' copyrighted

musical compositions on the dates specified in Column 9 on

Defendants' premises were unauthorized: neither Defendants,

nor any of the Defendants' agents, servants or employees, nor

any performer was licensed by, or otherwise received

permission from any Plaintiff or any agent, servant or

employee of any Plaintiff to give such performances.

14. In undertaking the conduct complained of in

this action, Defendants knowingly and intentionally violated

4

Plaintiffs' rights. Defendants' knowledge and intent are established by the following facts:

(a) Defendants have not sought or obtained a license agreement from Plaintiffs or the American Society of Composers, Authors and Publishers (ASCAP), a performing rights licensing organization of which all Plaintiffs are members.

(b) Despite numerous letters and other contacts by ASCAP representatives informing the Defendants of their liability under the United States Copyright Law, Defendants have continued to perform copyrighted music without permission during the hours that Defendants' establishment is open to the public for business and presenting musical entertainment.

(c) The many unauthorized performances at O'Hare Gaslight Club include the performances of the five copyrighted musical compositions upon which this action is based.

15. At the times of the acts of infringement complained of, the Plaintiff named in each cause of action was the owner of the copyright in the composition therein named.

16. The said wrongful acts of the Defendants have caused and are causing great injury to the Plaintiffs, which damage cannot be accurately computed, and unless this Court

5

restrains the Defendants from the further commission of said acts, said Plaintiffs will suffer irreparable injury, for all of which the said Plaintiffs are without any adequate remedy at law.

WHEREFORE, Plaintiffs pray:

I.   That Defendants and all persons acting under the direction, control, permission or authority of Defendants be enjoined and restrained permanently from publicly performing the aforementioned compositions or any of them and from causing or permitting the said compositions to be publicly performed in Defendants' said premises, or in any place owned, controlled or conducted by Defendants, and from aiding or abetting the public performance of such compositions in any such place or otherwise.

II.  That Defendants be decreed to pay such statu-tory damages as to the Court shall appear just, as specified in 17 U.S.C. § 504(c)(1), namely, not more than Thirty Thousand Dollars ($30,000) nor less than Seven Hundred And Fifty Dollars ($750) in each cause of action herein.

III.   That Defendants be decreed to pay the costs of
this action and that a reasonable attorney's fee be allowed as
part of the costs.

IV.   For such other and further relief as may be
just and equitable.

One of the Attorneys for Plaintiffs

Jared D. Solovay, Esq.
PATTISHALL, McAULIFFE, NEWBURY,
HILLIARD & GERALDSON LLP
311 South Wacker Drive
Suite 5000
Chicago, IL  60606
Telephone:  (312) 554-7933
Fax:        (312) 554-8015

7

| Columns 1 Cause of Action | 2 Plaintiff | 3 Musical Composition | 4 Writers | 5 Date of Publication | 6 Certificate of Registration Number | 7 Renewal | 8 Renewal Certificate Date and Number | 9 Date of Known Infringement |
|---|---|---|---|---|---|---|---|---|
| 1. | HARLIN MUSIC CORP. | ONE FOR MY BABY (AND ONE MORE FOR THE ROAD) | JOHNNY MERCER HAROLD ARLEN | 7/2/43 | EP 114839 | HAROLD ARLEN, AS "ONE OF THE AUTHORS". | 10/16/70 R 494157 | 5/18/07 |
| 2. | HAMPSHIRE HOUSE PUBLISHING CORP. | FLY ME TO THE MOON (A/K/A IN OTHER WORDS) | BART HOWARD | 5/17/54 | EP 80546 | BART HOWARD, AS "AUTHOR". | 2/5/82 RE 120-979 | 5/18/07 |
| 3. | JOELSONGS | PIANO MAN | WILLIAM JOEL | REGISTERED AS UNPUBLISHED 11/12/73 EU 445-441 | | WILLIAM JOEL "AUTHOR" | 6/7/01 RE 845-696 | 5/18/07 |
| 4. | NEW WORLD MUSIC COMPANY (LTD.) | THE MAN I LOVE | IRA GERSHWIN GEORGE GERSHWIN | 12/1/24 | EXXC 663680 | IRA GERSHWIN, AS "AUTHOR OF THE WORDS AND NEXT OF KIN OF COMPOSER OF THE MUSIC"; ARTHUR GERSHWIN AND FRANCES GODOWSKY, AS "NEXT OF KIN OF DECEASED COMPOSER OF MUSIC". | 12/3/51 R 87070 | 5/18/07 |
| 5. | CRITERION MUSIC CORP. | THESE BOOTS ARE MADE FOR WALKIN' | LEE HAZLEWOOD | 1/7/66 REGISTERED AS UNPUBLISHED 11/23/65 EU 915461 | EP 212200 | LEE HAZLEWOOD, AS "THE AUTHOR". | 1/6/93 RE 612-396 | 5/18/07 |

SCHEDULE "A"